CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:06CR00038 |
| | ) (CASE NO. 5:15CV80826) |
| v. | ) **FINAL ORDER** |
| | ) |
| ALMOSSE TITI, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, For the stated reasons, it is

**ADJUDGED AND ORDERED**

that the § 2255 action (ECF No. 607) is DISMISSED WITHOUT PREJUDICE and stricken from the active docket of the court; and the defendant's motions seeking post conviction relief under unspecified authority (ECF No. 607 and 608) are DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: This 7th day of July, 2015.

/s/ Glen Conrad
Chief United States District Judge